IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Daniel B. Sparr

Civil Action No.  99-cv-1152 DBS-MEH

TEREZA GONZALES,

    Plaintiff,

v.

JOHN SALAZAR, as the Sheriff of Huerfano County, Colorado,

    Defendant.

_____

ORDER OF DISMISSAL
_____


THIS MATTER comes before the Court on the Stipulation of the parties;

It is, hereby, ORDERED that the above-captioned action is dismissed with prejudice, each party to pay his or her own costs and attorney fees.

DATED at Denver, Colorado,  this 20th day of April 2006.


                BY THE COURT:

                  s/ Daniel B. Sparr
                Daniel B. Sparr
                Senior United States District Judge